UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANNY NORTH                                                                      CIVIL ACTION

VERSUS                                                                                 NO. 05-3320

JO ANNE B. BARNHART,                                                      SECTION "N" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  1st  day of September, 2006.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**